

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 06-827-AG (RNBx) | Date  September 12, 2007 |
| Title  PREMIER NUTRITION, INC V. ORGANIC FOOD BAR, INC. | |

Present: The Honorable    ANDREW J. GUILFORD

| Lisa Bredahl | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    ORDER CONTINUING ORAL ARGUMENT PREVIOUSLY SCHEDULED FOR SEPTEMBER 17, 2007

Due to an excessively crowded calendar including a number of summary judgment motions, the hearing scheduled for September 17, 2007 regarding Premier Nutrition, Inc.'s Motion for Summary Judgment has been continued to October 15, 2007, at 10 a.m.

 

                                                         :    0

Initials of Preparer

DOCKETED ON CM

SEP 1 2 2007

BY                178