Kamran Fattahi (150,343)
LAW OFFICES OF KAMRAN FATTAHI
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Tel: (818) 205-0140
Fax: (818) 205-0145
E-mail: Kamran@FattahiLaw.com

Attorneys for Plaintiff / Counterclaim Defendant
Premier Nutrition, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER NUTRITION, INC., | Civil Case No. SACV 06-0827 AG (RNBx) |
| Plaintiff, | **PREMIER NUTRITION, INC.'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS; AND DECLARATION OF KAMRAN FATTAHI IN SUPPORT** |
| v. | |
| ORGANIC FOOD BAR, INC., | |
| Defendant. | |
| And Related Counterclaim by Organic Food Bar, Inc. Against Premier Nutrition, Inc. | Date: May 2, 2008<br>Time: 10:00 a.m.<br>Place: Room 1-053 (Santa Ana Courthouse) |

PLEASE TAKE NOTICE that on the date and at the time and place indicated above, or as soon thereafter as it may be heard, as the prevailing party in this action, Plaintiff/Counterclaim Defendant, Premier Nutrition, Inc. ("Premier"), through its counsel of record, will and hereby move the Court for taxation of costs in its favor. This application is supported by the "Declaration of Kamran Fattahi" that is attached to this Notice and by the concurrently filed proposed "Bill of Costs".

Premier is the prevailing party in this action, and thus entitled to recover its costs. On April 1, 2008, the Court entered an "Order Granting Plaintiff's Motion for Summary Judgment" (see Court's Docket Entry #133), and by virtue of the same docket entry (see the notation "Made JS-6. Case Terminated"), the Court dismissed the action in favor of Premier. [See Ex. 1 of Fattahi Decl.] Moreover, on

LAW OFFICES OF KAMRAN FATTAHI
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

1   April 14, 2008, Defendant/ Counterclaimant Organic Food Bar, Inc. ("OFB") filed

2   a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit.

3   [See Ex. 1 of Fattahi Decl.]

4

5   Dated: April 16, 2008                    *Kamran Fattahi*

6                                            Kamran Fattahi
                                             LAW OFFICES OF KAMRAN FATTAHI
7                                            Attorneys for Plaintiff / Counterclaim Defendant,
                                             Premier Nutrition, Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

<u>Declaration of Kamran Fattahi</u>

I hereby declare and represent the following:

1.      My name is Kamran Fattahi, and am an attorney at the Law Offices of Kamran Fattahi. My law firm and I are counsel of record in this civil action for Premier Nutrition, Inc. ("Premier" or "Premier Nutrition").

2.      I am submitting this Declaration in connection with the above-identified lawsuit between Premier and Organic Food Bar, Inc. ("OFB"), and in support of Premier's Application to Tax Costs.

3.      This Declaration is made on my personal knowledge and if called upon to do so, I could and would give competent testimony to the matters stated herein.

4.      Attached as **Exhibit 1** is a true copy of the Court's Civil Docket Report for the instant action, covering the dates of September 28, 2007 through today.

5.      Attached as **Exhibit 2** is the "Summary of Premier's Proposed Bill of Costs," which shows additional details for the cost items reflected in Premier's concurrently filed proposed Bill of Costs. True and correct copies of invoices and receipts for items 1 through 8, and 14-15 shown in said Summary are also included in Exhibit 2 after the Summary table. Sufficient explanation and detail is provided in the Summary table for the remaining cost items.


I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed in Sherman Oaks, California.

Dated: April 16, 2008

*Kamran Fattahi*

Kamran Fattahi

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

Ex. 1

(RNBx), AO279, APPEAL, CLOSED, DISCOVERY, PROTORD

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:06-cv-00827-AG-RNB

Premier Nutrition v. Organic Food Bar
Assigned to: Judge Andrew J. Guilford
Referred to: Magistrate Judge Robert N. Block
Cause: 15:1051 Trademark Infringement

Date Filed: 09/01/2006
Date Terminated: 03/27/2008 
Jury Demand: Defendant
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

### Plaintiff

**Premier Nutrition**
*Inc, a California corporation*

represented by **Kamran Fattahi**
Kamran Fattahi Law Offices
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, CA 91403
818-205-0140
Email: kamran@fattahilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V

### Defendant

**Organic Food Bar**
*Inc, a California corporation*

represented by **Jennifer A Trusso**
Stradling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6442
949-725-4170
Email: jtrusso@sycr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jan P Weir**
Stradling Yocca Carlson and Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6442
949-725-4000
Email: jweir@sycr.com
*ATTORNEY TO BE NOTICED*

**Peter L Wucetich**
Stradling Yocca Carlson & Rauth
660 Newport Center Drive Suite 1600
Newport Beach, CA 92660
949-725-4074
Email: pwucetich@sycr.com
*ATTORNEY TO BE NOTICED*



Steven M Hanle
Stradling Yocca Carlson and Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6442
949-725-4192
Email: shanle@sycr.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Organic Food Bar**                    represented by **Jan P Weir**
*Inc, a California corporation*                          (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jennifer A Trusso**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Steven M Hanle**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Peter L Wucetich**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Premier Nutrition**                   represented by **Kamran Fattahi**
*Inc, a California corporation*                          (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2007 | 108 | DECLARATION of Kamran Fattahi in support of Premier Nutrition, Inc 's MOTION for Summary Judgment [23] filed by Counter Defendant Premier Nutrition, Plaintiff Premier Nutrition. (te) (Entered: 09/07/2007) |
| 08/28/2007 | 109 | NOTICE OF MOTION AND MOTION for Summary Judgment filed by Plaintiff/Counterclaim Defendant Premier Nutrition. Motion set for hearing on 9/17/2007 at 10:00 AM before Judge Andrew J Guilford. (te) (Entered: 09/07/2007) |
| 08/28/2007 | 110 | MEMORANDUM of Points and Authorities in Support of MOTION for Summary Judgment [109] filed by Plaintiff/Counterclaim Defendant Premier Nutrition. (te) (Entered: 09/07/2007) |
| 09/05/2007 | 112 | OPPOSITION to MOTION for Summary Judgment [109] filed by Counter Claimant, Defendant Organic Food Bar. (ad) (Entered: 09/18/2007) |

| 09/05/2007 | 113 | STATEMENT of Genuine Issues in Response to Plaintiff's Statement of Alleged Uncontroverted Facts filed by Counter Claimant, Defendant Organic Food Bar. (ad) (Entered: 09/18/2007) |
| 09/05/2007 | 114 | DECLARATION of Jennifer A Trusso in Opposition to MOTION for Summary Judgment [109] filed by Counter Claimant, Defendant Organic Food Bar (ad) (Entered: 09/18/2007) |
| 09/05/2007 | 115 | DECLARATION of Monique M Heyninck in support of Opposition to MOTION for Summary Judgment [109] filed by Counter Claimant, Defendant Organic Food Bar. (ad) (Entered: 09/18/2007) |
| 09/05/2007 | 116 | PROOF OF SERVICE filed by defendant and counter claimant Organic Food Bar, re Declaration [115], Declaration [114], Opposition to Motion [112], Statement of Genuine Issues [113] served on 9/4/07 (ad) (Entered: 09/18/2007) |
| 09/10/2007 | 117 | PREMIER NUTRITION, INC.'S REPLY Re MOTION for Summary Judgment [109] filed by Plaintiff Premier Nutrition. (te) (Entered: 09/20/2007) |
| 09/10/2007 | 118 | SECOND DECLARATION OF KAMRAN FATTAHI RE PREMIER NUTRITION, INC.'S REPLY AND IN SUPPORT OF MOTION for Summary Judgment [109] filed by Counter Defendant Premier Nutrition, Plaintiff Premier Nutrition. (te) (Entered: 09/20/2007) |
| 09/12/2007 | 111 | MINUTES OF (IN CHAMBERS) ORDER by Judge Andrew J Guilford: CONTINUING ORAL ARGUMENT Previously Scheduled for 9/17/07: RE MOTION for Summary Judgment[109]. Motion reset for hearing on 10/15/2007 at 10:00 AM before Judge Andrew J. Guilford.(rla) (Entered: 09/12/2007) |
| 09/12/2007 | 119 | EVIDENTIARY OBJECTIONS to the Declaration filed in support of Plaintiff's MOTION for Summary Judgment[109] filed by Counter Claimant, Defendant Organic Food Bar (ad) (Entered: 09/26/2007) |
| 09/12/2007 | 120 | OBJECTIONS to Defendant's Evidence presented in Opposition to MOTION for Summary Judgment [109] filed by Counter Defendant, Plaintiff Premier Nutrition. (ad) (Entered: 09/26/2007) |
| 09/12/2007 | 121 | NOTICE OF LODGMENT of Copy of Cited Court Opinion Re MOTION for Summary Judgment [109] filed by Counter Defendant, Plaintiff Premier Nutrition. (ad) (Entered: 09/26/2007) |
| 10/12/2007 | 122 | ORGANIC FOOD BAR, INC.'S EX PARTE APPLICATION for Leave to file a supplemental brief in opposition to Premier Nutrition, Inc.'s Motion for Summary Judgment; filed by Defendant and Counter-Claimant Organic Food Bar, Inc. (te) (Entered: 10/15/2007) |
| 10/12/2007 | 123 | DEFENDANT AND COUNTERCLAIMANT Organic Food Bar, Inc.'s Supplemental Brief in opposition to Premier Nutrition, Inc.'s Motion for Summary Judgment, Re Motion for Summary Judgment [109]; filed by Defendant and Counterclaimant Organic Food Bar, Inc. (te) (Entered: 10/15/2007) |
| 10/12/2007 | 124 | DECLARATION OF MONIQUE HEYNINCK in support of Organic Food Bar, Inc.'s supplemental brief in opposition to Premier Nutrition, Inc.'s Motion for Summary Judgment, Re Motion for Summary Judgment [109], Defendant/Counterclaimant's Supplemental Brief [123]; filed by Defendant and Counterclaimant Organic Food Bar, Inc. (te) (Entered: 10/15/2007) |
| 10/12/2007 | 125 | DECLARATION OF HAL L. PORET in support of Organic Food Bar, Inc.'s |

| | | |
|---|---|---|
| | | opposition to Premier Nutrition, Inc 's Motion for Summary Judgment, Re Motion for Summary Judgment [109], Defendant/Counterclaimant's Supplemental Brief [123]; filed by Defendant and Counterclaimant Organic Food Bar, Inc (te) (Entered: 10/15/2007) |
| 10/12/2007 | 126 | PROOF OF SERVICE filed by Defendant and Counterclaimant Organic Food Bar, Inc., Re Ex Parte Application for Leave to file a supplemental brief in opposition to Premier Nutrition, Inc.'s Motion for Summary Judgment [122], Declaration of Monique Heyninck (Motion Related) [124], Declaration of Hal L Poret (Motion Related) [125], Supplemental Brief (Motion Related) [123] served on Attorneys for Plaintiff, Premier Nutrition, Inc on 10/12/2007 (te) (Entered: 10/15/2007) |
| 10/12/2007 | 127 | PREMIER NUTRITION, INC.'S STATEMENT of Recent Developments, Re Its Motion for Summary Judgment [109]; filed by Plaintiff and Counterclaim Defendant Premier Nutrition, Inc. (te) (Entered: 10/15/2007) |
| 10/15/2007 | 128 | MINUTES OF Motion Hearing held before Judge Andrew J. Guilford: RE: MOTION for Summary Judgment [109]: Counsel argue the tentative ruling, a copy of which is attached hereto Matter is taken under submission. Court Reporter: Bridget Montero (rla) Modified on 10/24/2007 (rla, ) (Entered: 10/24/2007) |
| 11/06/2007 | 129 | JOINT STIPULATION and REQUEST; and ORDER by Judge Andrew J. Guilford: TO AMEND Scheduling Order 12: Request Granted The "Scheduling Order Specifying Procedures," is amended as follows: Discovery Cut-Off 01/15/08; Final Pretrial Conference 03/31/08 at 8:30 AM; Trial 04/15/08 at 9:00 AM. IT IS SO ORDERED. (rla) (Entered: 11/13/2007) |
| 01/02/2008 | 130 | Second STIPULATION to Extend Discovery Cut-Off Date to 04/15/2008 filed by Plaintiff Premier Nutrition (Attachments: # 1 Proposed Order)(Fattahi, Kamran) (Entered: 01/02/2008) |
| 01/07/2008 | 131 | ORDER AMENDING SCHEDULING ORDER by Judge Andrew J. Guilford :Discovery cut-off is continued to 4/15/2008. Final Pretrial Conference is continued to 6/30/2008 08:30 AM before Judge Andrew J. Guilford. Jury Trial continued to 7/15/2008 09:00 AM before Judge Andrew J. Guilford. (lb) (Entered: 01/07/2008) |
| 03/27/2008 | 133 | ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT by Judge Andrew J Guilford. (Made JS-6. Case Terminated.) (lb) (Entered: 04/01/2008) |
| 03/28/2008 | 132 | Third STIPULATION to Extend Discovery Cut-Off Date to July 15, 2008 filed by Plaintiff Premier Nutrition (Attachments: # 1 Proposed Order)(Fattahi, Kamran) (Entered: 03/28/2008) |
| 04/14/2008 | 134 | NOTICE OF APPEAL to the 9th CCA filed by AppellantOrganic Food Bar. Re: Order 133 Filed on: 3/27/08; Entered on: 4/1/08. Appeal Fee BILLED (Weir, Jan) Modified on 4/15/2008 (car, ). (Entered: 04/14/2008) |
| 04/14/2008 | 135 | Civil Appeals Docketing Statement received from forwarded to 9th CCA. RE: Notice of Appeal to 9th Circuit Court of Appeals134 by Appellant Organic Food Bar, Inc. (Weir, Jan) (Entered: 04/14/2008) |
| 04/15/2008 | 136 | NOTICE OF APPEAL NOTIFICATION form issued regarding Notice of Appeal to 9th Circuit Court of Appeals134 as to Defendant Organic Food Bar (car) (Entered: 04/15/2008) |

| 04/15/2008 | 137 | FILING FEE LETTER issued as to Defendant Organic Food Bar, re Notice of Appeal to 9th Circuit Court of Appeals134 (car) (Entered: 04/15/2008) |
| 04/15/2008 | 138 | APPEAL FEE PAID: re Notice of Appeal to 9th Circuit Court of Appeals134 as to Appellant Organic Food Bar; Receipt Number: 14967 in the amount of $455. (car) (Entered: 04/16/2008) |

$Ex. 2$

## Summary of Premier's Proposed Bill of Costs

(Premier Nutrition, Inc. v. Organic Food Bar, Inc.; Case No. SACV 06-0827 AG (RNBx)

| Item | Date of Event | A:  Fees of the Clerk | |
|------|---------------|------------------------|--|
| 1 | 8/31/06 | Clerk of Dist. Ct. (Complaint filing fee) | $350.00 |
| | | **Subtotal A (1)** | **$350.00** |
| | | | |
| | | **B:  Fees for Service of Summons and Subpoena** | |
| 2 | 9/6/06 | Messenger Express (fee for service of summons & complaint) | $125.50 |
| 3 | 4/4/07 | Fees paid to process server Barry Minster for service of deposition subpoena to Linda Riley | $95.00 |
| | | **Subtotal B (2+3)** | **$220.50** |
| | | | |
| | | **C:  Fees of the Court Reporter for Deposition Transcripts** | |
| 4 | 2/1/07 | Hahn & Bowersock (copy of transcript of 1/12/07 deposition of Kerry Law, Premier's 30(b)(6) designee) | $1,046.80 |
| 5 | 5/3/07 | Hahn & Bowersock (copy of transcript of deposition of David Sinegal; 4-17-07 bill) | $144.60 |
| 6 | 5/21/07 | Chase Depo Services (5-6-07 bill for transcript of deposition of Linda Riley) | $697.05 |
| 7 | 6/7/07 | Chase Depo. Services (5-18-07 bill for transcript of deposition of Michael McCaskey) | $1,493.10 |
| 8 | 12/27/07 | Hahn & Bowersock (copy of transcript of deposition of Gretchen Wernert Noticed by OFB & taken on 12/3/07) | $181.50 |
| | | **Subtotal C (4+5+6+7+8)** | **$3,563.05** |
| | | | |
| | | **D:  Fees for Witnesses** | |
| 9 | 1/12/07 | Witness fees for OFB-noticed deposition of **Kerry Law** conducted at offices of OFB's counsel (witness appeared in his personal capacity and as Premier's Rule 30(b)(6) designee): (1) attendance fee of $40/day; (2) transportation mileage fee of $55.29 (114 miles roundtrip @ $0.485/mile) from Carlsbad (location of Premier's office) to Newport Beach (location of OFB's counsel's office) | $95.29 |

| 10 | 3/23/07 | Witness fees for OFB-noticed deposition of **Jessica Tree** conducted at offices of OFB's counsel (witness appeared in her personal capacity as an employee of Premier): (1) attendance fee of $40/day; (2) transportation mileage fee of $55.29 (114 miles roundtrip @ $0.485/mile) from Carlsbad to Newport Beach | $95.29 |
| 11 | 4/11/07 | Witness fees for OFB-noticed deposition of **Robert Gilbert** conducted at offices of OFB's counsel (witness appeared in his personal capacity as an employee of Premier): (1) attendance fee of $40/day; (2) transportation mileage fee of $55.29 (114 miles roundtrip @ $0.485/mile) from Carlsbad to Newport Beach | $95.29 |
| 12 | 9/26/07 | Witness fees for OFB-noticed deposition of **Christopher Geist** conducted at offices of OFB's counsel (witness appeared in his personal capacity as an employee of Premier): (1) attendance fee of $40/day; (2) transportation mileage fee of $55.29 (114 miles roundtrip @ $0.485/mile) from Carlsbad to Newport Beach | $95.29 |
| 13 | 10/3/07 | Witness fees for OFB-noticed deposition of **Lance Rankin** conducted at offices of OFB's counsel (witness appeared in his personal capacity as an employee of Premier): (1) attendance fee of $40/day; (2) transportation mileage fee of $55.29 (114 miles roundtrip @ $0.485/mile) from Carlsbad to Newport Beach | $95.29 |
| 14 | 4/4/07 | Witness fee paid to non-party witness **Linda Riley** pursuant to Subpoena to Attend Deposition (check # 1556) | $45.00 |
| 15 | 4/5/07 | Witness fee paid to non-party witness **Michael McCaskey** pursuant to Subpoena to Attend Deposition (check # 1559) | $45.00 |
| | | **Subtotal D (9+10+11+12+13+14+15)** | **$566.45** |
| | | | |
| | | **E: Document Preparation Costs (Copies of Exhibits Filed & Served)** (Note: 2 sets filed with the Court; 1 set served on opposing counsel; 1 set for Premier's counsel's files) | |
| 16 | 1/8/07 | Exhibits to Declaration of Kamran Fattahi In Support of Premier's Motion for Summary Judgment, and In Support of Premier's Opposition to OFB's Motion for Preliminary Injunction (141 pages @ $0.20/pg or $28.20/set X 4 sets; 13 pages color @ $0.75/pg or $9.75/set X 4 sets) | $151.80 |
| 17 | 1/11/07 | Exhibits to Premier's Opposition to Ex Parte Application by OFB Re Continuance of Hearing On Premier's Motion for Summary Judgment (10 pages @ $0.20/pg or $2.00/set X 4 sets) | $8.00 |
| 18 | 1/16/07 | Exhibits to Declaration of Jocelyn Bates in Support of Opposition to OFB's Motion for Preliminary Injunction (4 pages color @ $0.75/pg or $3.00/set X 4 sets) | $12.00 |

| 19 | 1/16/07 | Exhibits to Second Declaration of Kamran Fattahi In Support of Premier's Opposition to OFB's Motion for Preliminary Injunction (21 pages @ $0.20/pg or $4.20/set X 4 sets) | $16.80 |
|----|---------|---|---|
| 20 | 2/5/07 | Exhibits to Declaration of Kamran Fattahi In Support of Premier's Reply Re Motion for Summary Judgment (52 pages @ $0.20/pg or $10.40/set X 4 sets) | $41.60 |
| 21 | 5/8/07 | Exhibits to Declaration of Kamran Fattahi In Support of Premier's Motion for Attorney's Fees & Costs Against OFB and OFB's Counsel Re Deposition of David Sinegal; and In Opposition to OFB's Motion for Sanctions Re Same (74 pages @ $0.20/pg or $14.80/set X 4 sets) | $59.20 |
| 22 | 6/4/07 | Exhibits to Declaration of Kamran Fattahi In Support of Premier's Opposition to OFB's Motion to Compel Discovery (133 pages @ $0.20/pg or $26.60/set X 4 sets) | $106.40 |
| 23 | 6/20/07 | Exhibits to Premier's Objections to OFB's Reply Re OFB's Motion for Review of Ruling of Magistrate Judge Re Discovery Sanction Against OFB (2 pages @ $0.20/pg or $0.40/set X 4 sets) | $1.60 |
| 24 | 7/17/07 | Exhibits to Premier's Opposition to OFB's Motion for Review of Magistrate Court's Order Denying OFB's Motion to Compel Discovery (12 pages @ $0.20/pg or $2.40/set X 4 sets) | $9.60 |
| 25 | 8/27/07 | Exhibits to Declaration of Kamran Fattahi In Support of Premier's Motion for Summary Judgment (340 pages @ $0.20/pg or $68.00/set X 4 sets ; 13 pages color @ $0.75/pg or $9.75/set X 4 sets) | $311.00 |
| 26 | 9/10/07 | Exhibits to Second Declaration of Kamran Fattahi Re Premier's Reply and In Support of Motion for Summary Judgment (57 pages @ $0.20/pg or $11.40/set X 4 sets) | $45.60 |
| 27 | 9/12/07 | Exhibits to Premier's Notice of Lodgment of Copy of Cited Court Opinion Re Premier's Motion for Summary Judgment (15 pages @ $0.20/pg or $3.00/set X 4 sets) | $12.00 |
| 28 | 9/12/07 | Exhibits to Premier's Objections to OFB's Evidence Presented In Opposition to Premier's Motion for Summary Judgment (6 pages @ $0.20/pg or $1.20/set X 4 sets) | $4.80 |
|  |  | **Subtotal E (16+17+18+19+20+21+22+23+24+25+26+27+28)** | **$780.40** |
|  |  |  |  |
|  |  | **TOTAL COSTS (A+B+C+D+E)** | **$5,480.40** |



Item 1



Item 14

Item 15

Ck Date: 04/20/2007 Ck No: 1559 Amt: $45.00

| Date | Tag #<br>Ref #<br>B/l # | Origin | Destination | Type of Service<br>Ref  Subtotal | Proof of<br>Delivery | Total |
|---|---|---|---|---|---|---|
| 09/06/06  I0660127<br>10370-PRIMIER<br>BOL#DLB41700 | | KAMRAN FATTAHI<br>6345 BALBOA/BLDG 2/330<br>ENCI, CA 91436<br>KAMRAN | ORGANIC FOOD BAR INC<br>215 E ORANGE THORPE AV/284<br>FULL, CA 92832 | Direct<br>PCS    1 | MAGGIE SANCHEZ<br>PU 15:00  DEL 16:35<br>Wait Time 00:00<br>SUBTOTAL    125.50 | 125.50 |

SUMMARY OF CURRENT ORDERS

*pd 11-2-06*
*by check # 1476*

| Invoice No. | 09150602042 | ORIGINAL INVOICE | | SALE AMOUNT<br>THIS INVOICE ⟶ | | | 125.50 |
|---|---|---|---|---|---|---|---|
| Acct. No. | KAFA | | 125.50 | 0.00 | 0.00 | 0.00 | 125.50 |
| Billing Thru: | 09/15/06 | | Current | 31-60 | 61-90 | over 90 days | TOTAL |
| Page: | 1 | | | | | | |

**MESSENGER EXPRESS**
5503 Cahuenga Blvd., Ste. 100
North Hollywood, CA 91601-2920

• LOS ANGELES  (818) 754-0319
• SANTA ANA    (714) 835-7900
• SAN DIEGO    (858) 550-1400

Corporation • IRS No. 33-0743771
No 1099 required

TOTAL AMOUNT
PAID THIS INVOICE ⟶

TERMS: Past due balances subject to a finance charge of
1 1/2% per month or 18% per annum and collection fees.

*Item 2*

⑬

# BARI Y MINSTER SERI ICES

Investigations ****** Bonded Process Service ****** Confidential Couriers

30802 Bayonne Ct.
Westlake Village, CA. 91362

(310) 738-6408

| SERVICE ORDER NO. | DATE 4-4-07 | CALL PLACED BY: K.F |
|---|---|---|

**CHARGE TO:** K Fatthir Esp

**ADDRESS:** 15303 Ventura Bl #/406

| PICK UP FROM: Samy | PICK UP TIME: |
|---|---|

**ADDRESS:**

| DELIVER TO: Linda Riley | DELIVERY TIME: |
|---|---|

**ADDRESS:** 72 Corina Long Beach 90803

[X] DIRECT                    [ ] RETURN

| DESCRIPTION: Serve Depo Subpoena | YOUR FILE OR REFERENCE # Premier U. OFB | |
|---|---|---|
| | SUMMARY OF CHARGES | |
| | BASIC CHARGE | 9500 |
| | ADD'L SERVICE | |
| | TIME | |
| RECEIVED IN GOOD ORDER BY: | COPIES | |
| X | CASH | |
| PLEASE PRINT NAME: | ADVANCE | |
| | TOTAL | 9500 |

Item 3

(14)

# INVOICE

Hahn & Bowersock, Inc.
151 Kalmus
Suite L-1
Costa Mesa, CA 92626
Phone:800-660-3187 Fax:714-662-1398

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 346527*** | 1/31/2007 | 285443 |
| Job Date | Case No. | |
| 1/12/2007 | SACV06-827 | |
| Case Name | | |
| Premier Nutrition vs. Organic Food Bar | | |
| Payment Terms | | |
| Due upon receipt | | |

Kamran Fattahi
Kamran Fattahi Law Offices
15303 Ventura Boulevard
Suite 1400
Sherman Oaks, CA 91403

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Kerry T. Law - Nonconfidential                                    613.45
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Kerry T. Law - Confidential                                       433.35

                                    TOTAL DUE >>>                   $1,046.80

COD

Thank You. We appreciate your business.

2.1-07 paid by Visa

**Tax ID:** 33-0269800                      Phone: 818-205-0140   Fax:818-205-0145

*Please detach bottom portion and return with payment.*

Kamran Fattahi
Kamran Fattahi Law Offices
15303 Ventura Boulevard
Suite 1400
Sherman Oaks, CA 91403

Job No.    : 285443            BU ID      : OC-DEPO
Case No.   : SACV06-827
Case Name  : Premier Nutrition vs. Organic Food Bar

Invoice No. : 346527***        Invoice Date : 1/31/2007
**Total Due  :  $ 1,046.80**

Item 4

Remit To: **Hahn & Bowersock, Inc.**
          **151 Kalmus**
          **Suite L-1**
          **Costa Mesa, CA 92626**

(15)

# INVOICE

## HAHN BOWERSOCK
C O R P O R A T I O N
151 Kalmus Dr Suite L1
Costa Mesa, CA 92626
(800) 660-3187 FAX (714) 662-1398
E-mail: clientservice@hahnbowersock.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 349555 | 4/17/2007 | 288800 |
| **Job Date** | **Case No.** | |
| 3/22/2007 | SACV06-827 | |
| **Case Name** | | |
| Premier Nutrition vs. Organic Food Bar | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kamran Fattahi
Kamran Fattahi Law Offices
15303 Ventura Boulevard
Suite 1400
Sherman Oaks, CA 91403

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| David Sinegal | 144.60 |
| **TOTAL DUE >>>** | **$144.60** |

Thank You. We appreciate your business.

*pd 5/3/07 via fax
by Visa
#144.60*

**Tax ID:** 33-0269800                                      Phone: 818-205-0140   Fax:818-205-0145

*Please detach bottom portion and return with payment*

Kamran Fattahi
Kamran Fattahi Law Offices
15303 Ventura Boulevard
Suite 1400
Sherman Oaks, CA 91403

Job No.    : 288800          BU ID      : OC-DEPO
Case No.   : SACV06-827
Case Name  : Premier Nutrition vs. Organic Food Bar

Invoice No. : 349555        Invoice Date : 4/17/2007
**Total Due  : $ 144.60**

*Item 5*

**Remit To:  Hahn & Bowersock, Inc.**
**151 Kalmus Dr.**
**Suite L-1**
**Costa Mesa, CA 92626**

(16)

CHASE DEPOSITION SERVICES
1370 Brea Boulevard
Suite 116
Fullerton, CA 92835
(800) 949-8044   Fax (714) 447-9002

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 2521 | 05/06/2007 | 01-7913 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/18/2007 | WASOFF | SACV 06-0827 |

| CASE CAPTION | | |
|---|---|---|
| Premier Nutrition, Inc. v. Organic Food Bar, Inc | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Kamran Fattahi
Law Offices of Kamran Fattahi
15303 Ventura Blvd.
Suite 1400
Sherman Oaks, CA 91403

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Linda Lee Riley                                                    697.05

                              TOTAL   DUE   >>>>            697.05
                        AFTER 07/05/2007 PAY               766.76

Thank you for choosing Chase Deposition Services!

$697.05
pd. 5-21-07
#1586

TAX ID NO.: 20-0288392                          (818) 205-0140    Fax (818) 205-0145

*Please detach bottom portion and return with payment*

Item 6

(17)

CHASE DEPOSITION SERVICES
1370 Brea Boulevard
Suite 116
Fullerton, CA 92835
(800) 949-8044   Fax (714) 447-9002

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 2561 | 05/18/2007 | 01-7912 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/19/2007 | HINOSN | SACV 06-0827 |

| CASE CAPTION |
|---|
| Premier Nutrition, Inc v. Organic Food Bar, Inc. |

| TERMS |
|---|
| Due upon receipt |

Kamran Fattahi
Law Offices of Kamran Fattahi
15303 Ventura Blvd.
Suite 1400
Sherman Oaks, CA 91403

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Michael Christopher McCaskey

1,493.10

                                    TOTAL   DUE   >>>>        1,493.10
                              AFTER 07/17/2007 PAY            1,642.41

Thank you for choosing Chase Deposition Services!

*pd 6-7-07*
*ten # 1596*
*$ 1493.10*

TAX ID NO.: 20-0288392

(818) 205-0140    Fax (818) 205-0145

*Please detach bottom portion and return with payment*

Item 7

(18)

# INVOICE



**HAHN BOWERSOCK**
C O R P O R A T I O N
151 Kalmus Dr. Suite L1
Costa Mesa, CA 92626
(800) 660-3187 FAX (714) 662-1398
E-mail: clientservice@hahnbowersock.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 359893 | 12/27/2007 | 302282 |
| **Job Date** | **Case No.** | |
| 12/3/2007 | SACV06-827AG | |
| **Case Name** | | |
| Premier Nutrition Inc. vs. Organic Food Bar | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kamran Fattahi, Esq.
Kamran Fattahi Law Offices
15303 Ventura Boulevard
Suite 1400
Sherman Oaks, CA 91403

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

Gretchen K. Wernert                                                      181.50

**TOTAL DUE >>>**                                          **$181.50**

Thank You. We appreciate your business.

*pd 1/15/08*
*Visa*

---

**Tax ID:** 33-0269800                          Phone: 818-205-0140   Fax:818-205-0145

*Please detach bottom portion and return with payment*

Kamran Fattahi, Esq.
Kamran Fattahi Law Offices
15303 Ventura Boulevard
Suite 1400
Sherman Oaks, CA 91403

| | | | |
|---|---|---|---|
| Job No. | : 302282 | BU ID | : OC-DEPO |
| Case No. | : SACV06-827AG | | |
| Case Name | : Premier Nutrition Inc. vs. Organic Food Bar | | |
| Invoice No. | : 359893 | Invoice Date | : 12/27/2007 |
| **Total Due** | **: $ 181.50** | | |

*Item 8*

Remit To: **Hahn & Bowersock, Inc.**
**151 Kalmus Dr.**
**Suite L-1**
**Costa Mesa, CA 92626**

(19)

1

### CERTIFICATE OF SERVICE

2   As attorney of record for Plaintiff / Counterclaim Defendant, I hereby certify that I

3   caused the document(s) listed below to be served on the date indicated below on all parties

4   to this action via the delivery method indicated and addressed to:

5   Via E-Mail and U.S. First Class Mail, Postage Prepaid

6   Jan P. Weir / Steven M. Hanle / Jennifer Trusso / Peter L. Wucetich
    Stradling Yocca Carlson & Rauth
7   660 Newport Center Drive, Suite 1600
    Newport Beach, CA 92660-6422
8   Tel: (949) 725-4000
    Fax: (949) 725-4100

9

10  Document(s) Served:

11  1. Premier Nutrition, Inc.'s Notice of Application to the Clerk to Tax Costs; And

12  Declaration of Kamran Fattahi In Support

13

14

15  Dated: April 16, 2008          _Kamran Fattahi_

16

17  Kamran Fattahi
    LAW OFFICES OF KAMRAN FATTAHI
    Attorneys for Plaintiff / Counterclaim Defendant,
    Premier Nutrition, Inc.

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

Premier v. OFB; SACV06-0827 AG (RNBx)