UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 06-0827-AG (RNBx) | Date | February 2, 2009 |
|---|---|---|---|
| Title | PREMIER NUTRITION, INC. v. ORGANIC FOOD BAR, INC. | | |

Present: The Honorable  ANDREW J. GUILFORD

| Nancy Boehme | Debbie Gale |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Kamran Fattahi | Douglas Hahn |

**Proceedings:**   PLAINTIFF'S MOTION FOR ENFORCEMENT OF COSTS ORDER

Cause called and counsel make their appearances. Court and counsel confer regarding Plaintiff's motion. Court finds motion moot, and advises Plaintiff to file a Judgment with the amount of costs included for the Court to sign.

_____ : 04

Initials of Preparer   nkb